UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-367-T-17AEP

ROBERT JAY BERMAN

### PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Superseding Information which charges him with attempting to transfer obscene material to a person under the age of 16, in violation of 18 U.S.C. § 1470.

The United States moves, pursuant to 18 U.S.C. § 1467 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for a Samsung SPH-L720 Galaxy S IV Smartphone.

The United States has established the required connection between the crime of conviction and the Samsung Smartphone. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 1467 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the Samsung Smartphone described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

CASE NO. 8:14-CR-367-T-17AEP

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

DONE and ORDERED in Tampa, Florida, this 2nd day of February, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2